IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

      Petitioner,

v.                                                            CIV 13-0672 LH/KBM

SERGIO MATA-AGUILAR,

      Respondent.


## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDING AND RECOMMENDED DISPOSITION

      The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 22, 2013.  *See Doc. 10.*  The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review.  To-date, Petitioner has not filed any objections.  In fact, once again the Court's mail to Petitioner has been returned to the Court as undeliverable with the notation that Petition has been deported.  *See Doc. 11.*  As noted by the Chief Magistrate Judge, Petitioner's action is therefore moot.

      Wherefore,

      **IT IS HEREBY ORDERED** that the proposed findings are adopted, the § 2241 petition is dismissed as moot, and this action will be dismissed with prejudice, and a final order enter concurrently herewith.

                                                                   _____
                                                                  SENIOR UNITED STATES DISTRICT JUDGE